

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western

In the matter of:
**RIDENOUR, PATRICK BEAU**
**RIDENOUR, TAVA DONENE**

Case No. 10-32446 W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

### TO THE CLERK OF THE COURT:

The attached check in the amount of $5.56 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat, 25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | 5 | 2.91 |
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service, P O Box 740933<br>Dallas, TX 75374 | 7 | 2.53 |
| Ohio Attorney General<br>Collection Enforcement, 150 E. Gay St., 21st Fl.<br>COLUMBUS, OH 43215 | 9U | 0.12 |

# Proposed Distribution

## Case: 10-32446   RIDENOUR, PATRICK BEAU

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $7,994.16 | Total Proposed Payment: | $7,994.16 | | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BRUCE COMLY FRENCH <2200-00 Trustee Expenses> | Admin Ch. 7 | 108.34 | 108.34 | 0.00 | 108.34 | 108.34 | 7,885.82 |
| | BRUCE COMLY FRENCH <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,550.06 | 1,550.06 | 0.00 | 1,550.06 | 1,550.06 | 6,335.76 |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | **1,658.40** | **1,658.40** | **0.00** | **1,658.40** | **1,658.40** | |
| 4P | Internal Revenue Service | Priority | 4,570.47 | 4,570.47 | 0.00 | 4,570.47 | 4,570.47 | 1,765.29 |
| 9P | Ohio Attorney General | Priority | 1,000.00 * | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 765.29 |
| **SUBTOTAL FOR   PRIORITY** | | | **5,570.47** | **5,570.47** | **0.00** | **5,570.47** | **5,570.47** | |
| 2 | Lima Memorial Health System | Unsecured | 1,583.97 | 1,583.97 | 0.00 | 1,583.97 | 21.17 | 744.12 |
| 3 | Chase Bank USA, N.A. | Unsecured | 26,041.52 | 26,041.52 | 0.00 | 26,041.52 | 348.12 | 396.00 |
| 5 | GE Money Bank | Unsecured | 217.48 | 217.48 | 0.00 | 217.48 | 2.91 | 393.09 |
| 6 | GE Money Bank | Unsecured | 448.02 | 448.02 | 0.00 | 448.02 | 5.99 | 387.10 |
| 7 | Chase Bank USA,N.A | Unsecured | 189.24 | 189.24 | 0.00 | 189.24 | 2.53 | 384.57 |
| 8 | St Rita's Medical Center | Unsecured | 731.28 | 731.28 | 0.00 | 731.28 | 9.78 | 374.79 |
| 9U | Ohio Attorney General | Unsecured | 8.66 | 8.66 | 0.00 | 8.66 | 0.12 | 374.67 |
| 10 | Great Lakes Education Guaranty Corp. | Unsecured | 12,660.28 | 12,660.28 | 0.00 | 12,660.28 | 169.24 | 205.43 |
| 11 | Fifth Third Bank | Unsecured | 2,243.38 | 2,243.38 | 0.00 | 2,243.38 | 29.99 | 175.44 |
| 12 | Fifth Third Bank | Unsecured | 1,659.63 | 1,659.63 | 0.00 | 1,659.63 | 22.19 | 153.25 |
| 13 | Fifth Third Bank | Unsecured | 5,935.04 | 5,935.04 | 0.00 | 5,935.04 | 79.34 | 73.91 |
| 14 | Fifth Third Bank | Unsecured | 5,529.06 | 5,529.06 | 0.00 | 5,529.06 | 73.91 | 0.00 |
| **SUBTOTAL FOR   UNSECURED** | | | **57,247.56** | **57,247.56** | **0.00** | **57,247.56** | **765.29** | |
| **Total for Case 10-32446 :** | | | **$64,476.43** | **$64,476.43** | **$0.00** | **$64,476.43** | **$7,994.16** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,658.40 | $1,658.40 | $0.00 | $1,658.40 | 100.000000% |
| Total Priority Claims : | $5,570.47 | $5,570.47 | $0.00 | $5,570.47 | 100.000000% |
| Total Unsecured Claims : | $57,247.56 | $57,247.56 | $0.00 | $765.29 | 1.336808% |

(*) Denotes objection to Amount Filed